IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BENNIE L. COBB

PLAINTIFF

- vs -        No. 03-2843-DV

SHELBY COUNTY

DEFENDANT

## ORDER GRANTING DEFENDANT'S SECOND MOTION IN LIMINE TO EXCLUDE EVIDENCE REGARDING A. RAY MILLS' MISUSE OF OFFICE AND SUBSEQUENT CONVICTION

Before the Court is Defendant Shelby County's Second Motion in Limine asking the Court to enter an Order excluding any evidence, testimony or argument by counsel or any witness regarding the fact that A. Ray Mills misused his public office and was indicted and convicted of a criminal offense which occurred while he was serving as Chief Deputy Sheriff.

Having considered the motion and being fully advised in the premises, the Court finds that good cause exists to grant the motion.

The parties are therefore ORDERED not to mention or allude to, and they are hereby directed not to present, any evidence, testimony or argument at trial regarding the fact that A. Ray Mills misused his public office and was indicted and convicted of a criminal offense which occurred while he was serving as Chief Deputy Sheriff.

SO ORDERED this ___ day of August, 2005.

UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-8-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:03-CV-02843 was distributed by fax, mail, or direct printing on August 8, 2005 to the parties listed.

---

Hite McLean
LAW OFFICES OF HITE MCLEAN, JR.
2670 Union Avenue Extended
Ste. 825
Memphis, TN 38112--441

Kathy L. Kirk
COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Victor I. Fleitas
LAW OFFICE OF VICTOR FLEITAS
P.O. Box 7117
Tupelo, MS 38802--711

Honorable Bernice Donald
US DISTRICT COURT