# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

BENNIE L. COBB,

    Plaintiff,

v.

                                Case No.: 03-2843 D V

SHELBY COUNTY, TENNESSEE,

    Defendant.

## ORDER STRIKING MOTIONS DOCUMENT NOS. 15 AND 19

It appears that the parties have resolved the issues in this case. Accordingly, the motion *in limine* at Document Nos. 15 and 19 are hereby stricken as moot.

**IT IS SO ORDERED** this 29 day of August, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and .9(a, ... on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:03-CV-02843 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Hite McLean
LAW OFFICES OF HITE MCLEAN, JR.
2670 Union Avenue Extended
Ste. 825
Memphis, TN 38112--441

Kathy L. Kirk
COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Victor I. Fleitas
LAW OFFICE OF VICTOR FLEITAS
P.O. Box 7117
Tupelo, MS 38802--711

Honorable Bernice Donald
US DISTRICT COURT