IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

BENNIE L. COBB,

    Plaintiff,

- vs -                              No. 03-2843-DV

SHELBY COUNTY,

    Defendant.

## CONSENT ORDER OF DISMISSAL

Upon the representations of the parties, by and through their undersigned attorneys, that all matters herein have been amicably resolved and that this action should be dismissed, it is ORDERED, ADJUDGED and DECREED that this action should be, and it is hereby, dismissed with prejudice.

SO ORDERED this ___31___ day of August, 2005.

_____
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

Respectfully submitted
for entry:

_____    _____
Victor I. Fleitas, Attorney    Hite McLean, Jr., Attorney
for Plaintiff Bennie L. Cobb    for Defendant Shelby County

This document entered on the docket sheet in compliance with Rule 58 and /or 79(a) FRCP on 9/8/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:03-CV-02843 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Hite McLean
LAW OFFICES OF HITE MCLEAN, JR.
2670 Union Avenue Extended
Ste. 1228
Memphis, TN 38112--441

Kathy L. Kirk
COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Victor I. Fleitas
LAW OFFICE OF VICTOR FLEITAS
P.O. Box 7117
Tupelo, MS 38802--711

Honorable Bernice Donald
US DISTRICT COURT